UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:16-cv-177-LCB-LPA

KATHLEEN FOWLER,                  )
                                  )
    Plaintiff,               )  **DEFENDANT'S DISCLOSURE OF**
                                  )  **CORPORATE AFFILIATIONS AND**
v.                                )  **OTHER ENTITIES WITH A DIRECT**
                                  )  **FINANCIAL INTEREST IN**
HANESBRANDS INC.                  )  **LITIGATION**
                                  )
    Defendant.               )
_____   )

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

   Hanesbrands Inc.    who is    Defendant   
    (Name of party)                  (Plaintiff/moving party or defendant)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   (X) YES      ( ) NO

2. Does party have any parent corporations?
   ( ) YES      (X) NO
   If yes, identify all parent corporations, including grand-parent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? (X) YES      ( ) NO
   If yes, identify all such owners   T. Rowe Price Associates, Inc.  

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ( ) YES (X) NO

If yes, identify entity and nature of interest: _____

This the 6th day of May, 2016.

                                    **/s/ John J. Doyle**
                                    N.C. State Bar No. 1235
                                    **/s/Jill S. Stricklin**
                                    N.C. State Bar No. 20145
                                    CONSTANGY, BROOKS, SMITH
                                    & PROPHETE, LLP
                                    100 N. Cherry Street, Suite 300
                                    Winston-Salem, NC 27101
                                    Telephone: (336) 721-1001
                                    Facsimile: (336) 748-9112
                                    E-mail: jdoyle@constangy.com
                                                    jstricklin@constangy.com
                                    *Attorneys for Hanesbrands Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: david@davidpishko.com.

This the 6th day of May, 2016.

           **/s/ John J. Doyle**
           N.C. State Bar No. 1235
           CONSTANGY, BROOKS, SMITH
           & PROPHETE, LLP
           100 North Cherry Street, Suite 300
           Winston-Salem, NC 27101
           Telephone: (336) 721-1001
           Facsimile: (336) 748-9112
           Email: jdoyle@constangy.com